AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-CV-00330-JAM-KJN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>VICTOR HERSHBERGER</u> was received by me on *(date)*
10/20/16                       .

[X]  I personally served the summons on the individual at *(place)* <u>7056 AMBERWICK WAY , CITRUS HEIGHTS ,</u>
<u>CA 95621</u> on *(date)* <u>Fri, Oct 21 2016 @ 8:01 PM</u> ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)*                       , a
person of suitable age and discretion who resides there, on *(date)*                       , and mailed a copy
to the individual's last known address; or

[ ]  I served the summons on *(name of individual)*                       , who is designated by law to accept
service of process on behalf of *(name of organization)*                       on *(date)*
                      ; or

[ ]  I returned the summons unexecuted because:                       ; or

[ ]  Other:                       ; or

My fees are $ 75.00                       for travel and $                       for services, for a total of $
$75.00.

I declare under penalty of perjury that this information is true.

Date: OCTOBER 25, 2016

_____
*Server's signature*

JASON LUND, REG # 2002-23, PLACER COUNTY
_____
*Printed name and title*

LIGHTNING LEGAL PROCESS SERVICE @ 1104
CORPORATE WAY , SACRAMENTO, CA 95831
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 21, 2016, 7:06 pm PDT at 7056 AMBERWICK WAY , CITRUS HEIGHTS , CA 95621 received
by VICTOR HERSHBERGER . Age: 70; Ethnicity: Caucasian; Gender: Male; Weight: 270; Height: 5'8"; Hair: Gray;