# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### Sacramento

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VICTOR HERSHBERGER,<br><br>　　　　Defendant. | Case Number: 2:16-cv-00330-JAM-KJN<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PLAINTIFF TO SERVE A THIRD PARTY SUBPOENA ON COMCAST AND AUTHORIZING COMCAST TO RELEASE CERTAIN SUBSCRIBER INFORMATION ABOUT DEFENDANT** |

Presently pending before the court is a Motion For Entry of an Order Authorizing Plaintiff to Serve a Third Party Subpoena on Comcast and Authorizing Comcast to Release Certain Subscriber Information About Defendant (the "Motion"). (ECF No. 26.) Defendant does not oppose the motion. (ECF No. 26 at 9.) After carefully considering the written briefing and the court's record, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion (ECF No. 26) is **GRANTED**.

2. Plaintiff may serve on Comcast a subpoena seeking the following information through the production of documents and deposition testimony:

(a) Any and all document(s) that refers, relates to or comprises a record that the Defendant received a DMCA notice within the applicable Time Period (March 17, 2014 through December 8, 2015), pursuant to 17 U.S.C. 512(c)(1)(C), including but not limited to the DMCA record;

(b) Any and all document(s) that refers, relates to or comprises a record that the Defendant received a copyright infringement notice forwarded by Comcast within the applicable Time Period, pursuant to any copyright infringement alert system or any other internal procedure which Comcast follows;

(c) Any and all document(s) that refers, relates to or comprises a record that Comcast notified Defendant of the instant lawsuit;

(d) Any and all document(s) that refers, relates to or comprises a record of Comcast's lease or rental of any electronic devices to Defendant within the applicable Time Period. This includes any documentation which state the make, model number, and serial numbers of any and all modems and routers which Comcast leased to Defendant;

(e) Any and all document(s) that refers, relates to or comprises a record of Comcast's policies and procedures regarding the installation and maintenance of passwords on a subscriber's modem or router;

(f) Any and all document(s) that refers, relates to or comprises a record of Comcast's policies and procedures of correlating internet subscribers to IP addresses, and any information regarding the accuracy of such correlations.

(g) Any and all document(s) that refers, relates to or comprises a record that the Defendant was the internet subscriber assigned IP Address 71.193.37.58 on December 8, 2015 at 04:39:01 UTC.

(h) Any and all document(s) that refers, relates to or comprises a record that Comcast advised Defendant that he change his password on his modem, router, or Comcast account since Defendant's IP address may have been compromised.

3. Prior to noticing any oral deposition of Comcast, the parties shall meet and confer in good faith with each other and Comcast regarding convenient dates as well as the potential for less burdensome means of securing needed information or evidence, such as obtaining appropriate declarations, securing stipulations, and/or conducting a deposition by written questions.

IT IS SO ORDERED.

Dated: June 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE